JUDGE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br> Plaintiff, </br></br> v. </br></br> TRACY A. MCKENZIE, </br></br> Defendant. | NO. CR16-155RSL </br></br> ORDER GRANTING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |

This matter having come before the Court on the Defendant's Motion for Termination of Supervised Release, and the Court having reviewed the motion, and the records and files herein,

THE COURT FINDS, pursuant to 18 U.S.C. § 3583(e), that termination of Mr. McKenzie's supervised release is warranted by the conduct of Mr. McKenzie and in the interests of justice;

IT IS FURTHER ORDERED that the term of supervised release for Mr. McKenzie shall be terminated, effective immediately.

//

//

ORDER GRANTING MOTION
FOR EARLY TERMINATION
OF SUPERVISED RELEASE
(*Tracy A. McKenzie*; CR16-155RSL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

The Clerk of the Court is directed to send copies of this order to all counsel of record, and to the United States Probation Office.

IT IS SO ORDERED.

DONE this 15th day of January, 2019.

*signature*
Robert S. Lasnik
United States District Judge

Presented by:

s/ *Mohammad Ali Hamoudi*
Assistant Federal Public Defender
Attorney for Tracy A. McKenzie
Office of the Federal Public Defender

ORDER GRANTING MOTION
FOR EARLY TERMINATION
OF SUPERVISED RELEASE
(*Tracy A. McKenzie*; CR16-155RSL) - 2

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100